## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Case No. 25-mc-00013 (MAJ-GLS) |
| | ) |
| YAIRANISSE RIVERA-LOPEZ, | ) |
| | ) |
| Respondent. | ) |

### RESPONDENT'S MOTION FOR A STATUS CONFERENCE

Respondent, by and through her undersigned counsel, respectfully suggests that this Court schedule an informal status conference, to be held by telephone or other virtual means, to discuss the most efficient way to address the outstanding issues in this matter.

Respondent's counsel has spoken with Petitioner's counsel concerning this request and Petitioner's counsel advised that they object to it.

Respondent's counsel is available for an informal status conference on the following dates/times:

1. April 3 at 1:00
2. April 4, between 1:30 and 5:00
3. April 7, after 12:00

Date:   March 27, 2025.

Respectfully submitted,

**NEILL SCHWERIN BOXERMAN, P.C.**

By: */s/ Sanford J. Boxerman*
Sanford J. Boxerman #34736MO
Michelle Feit Schwerin #62882MO
120 S. Central Avenue, Ste 725
St. Louis, MO 63105
Telephone: (314) 949-1864
Facsimile: (314 949-1864
boxerman@nsbpc.com
schwerin@nsbpc.com

**MBA LAW**

By: */s/ Mayte Bayolo-Alonso*
Mayte Bayolo-Alonso USDC No. 308109
PO Box 11204
San Juan, PR 00910
Telephone: (787)448-5544
maytebayololaw@gmail.com