# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|     v. | ) Civil Case No. 25-mc-00013 (MAJ-GLS) |
| | ) |
| YAIRANISSE RIVERA-LOPEZ, | ) |
| | ) |
|     Respondent. | ) |

## SUBMISSION OF STATEMENT
## OF TLS MANAGEMENT & MARKETING SERVICES LLC

Respondent, by and through her undersigned counsel, respectfully submits to the Court the attached document, consisting of a letter from counsel for TLS Management & Marketing Services LLC ("TLS") with two exhibits: (1) a notice to TLS from the Internal Revenue Service ("IRS"), and (2) a declaration. Respondent contends that the IRS notice supports her assertions of the Fifth Amendment privilege.

Date:   March 27, 2025.

Respectfully submitted,

**NEILL SCHWERIN BOXERMAN, P.C.**

By: */s/ Michelle F. Schwerin*
Sanford J. Boxerman #34736MO
Michelle Feit Schwerin #62882MO
120 S. Central Avenue, Ste 725
St. Louis, MO 63105
Telephone: (314) 949-1864
Facsimile: (314 949-1864
boxerman@nsbpc.com
schwerin@nsbpc.com

**MBA LAW**
By: */s/ Mayte Bayolo-Alonso*
Mayte Bayolo-Alonso USDC No. 308109
PO Box 11204
San Juan, PR 00910
Telephone: (787)448-5544
maytebayololaw@gmail.com