IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>v.<br><br>Ana Izquierdo,<br><br>    Respondent. | Case No. 25-mc-00011-ADC-GLS |
| United States of America,<br><br>    Petitioner,<br><br>v.<br><br>Luis Martinez-Ebra,<br><br>    Respondent. | Case No. 25-mc-00012-GMM-GLS |
| United States of America,<br><br>    Petitioner,<br><br>v.<br><br>Yairanisse Rivera-Lopez,<br><br>    Respondent. | Case No. 25-mc-00013-MAJ-GLS |

**United States' Motion to Schedule Hearing**

Government counsel is scheduled to start a temporary assignment to another Department of Justice office on May 19, 2025. Accordingly, the United States respectfully requests that the Court schedule a hearing in these matters prior to that date, at the Court's convenience.

Dated: April 30, 2025

                                            /s/ Michael R. Pahl
                                            MICHAEL R. PAHL
                                            PR No. G04214
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice

P.O. Box 7238
Washington, D.C. 20044
P: (202) 598-5863
michael.r.pahl@usdoj.gov

Attorney for the United States

## Certificate of Service

    I hereby certify that on April 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defense counsel.

<u>s/Michael R. Pahl</u>
Michael R. Pahl
Attorney for the United States