IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 25-mc-00011-ADC-GLS |
| Petitioner, | ) | |
| v. | ) | |
| ANA IZQUIERDO, | ) | |
| Respondent. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 25-mc-00012-GMM-GLS |
| Petitioner, | ) | |
| v. | ) | |
| LUIS MARTINEZ-EBRA, | ) | |
| Respondent. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 25-mc-00013-MAJ-GLS |
| Petitioner, | ) | |
| v. | ) | |
| YAIRANISSE RIVERA-LOPEZ, | ) | |
| Respondent. | ) | |

**Notice Regarding Consent to Final Resolution By a Magistrate Judge**

On July 17, 2025, the Court in each of the above-captioned cases ordered the parties "to inform whether they consent to U.S. Magistrate Judge jurisdiction for all further proceedings on or before July 24, 2025."[1] "Consent of all parties to be bound by a judgment of a magistrate judge is required by 28 U.S.C. § 636 and Fed. R. Civ. P. 73." *New York Chinese TV Programs, Inc. v.*

---

[1] This includes the Respondent's pending motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

*U.E. Enters., Inc.*, 996 F.2d 21, 23 (2d Cir. 1993); *see also Jaquez v. United States*, 36 F.4th 725,

728 (7th Cir. 2022); *United States v. Bryson*, 981 F.2d 720, 724 n. 4 (4th Cir. 1992) (collecting

cases). Thus, if there is not unanimous consent by the parties, the Magistrate Judge cannot

exercise jurisdiction to enter a final dispositive order. The parties hereby give notice to the Court

that, in each case, at least one party does not currently consent to the Magistrate Judge exercising

jurisdiction to enter a final dispositive order in this matter.

As the Court mentioned in its July 17, 2025 order, absent consent of the parties, the proper

procedure is for the District Judge to either (a) handle the matter, including holding a show cause

hearing and entering a final order, or (b) refer the matter to the Magistrate Judge to hold a show

cause hearing and enter a Report and Recommendation. *See* 26 U.S.C. § 636(b)(1); *see, e.g.,*

*United States v. Christo*, 907 F. Supp. 519, 520 (D.N.H. 1995) ("The fundamental issue presented

by Petitioner's motion is whether the magistrate judge may properly order enforcement of an IRS

summons pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a). The short answer is no,

a magistrate judge may only issue a report and recommendation subject to *de novo* review by a

presiding district court judge."); *United States v. Captive Alternatives, LLC*, (M.D. Fla. Feb. 13,

2023) (entering report and recommendation in a summons enforcement proceeding), *report and*

*recommendation adopted as modified*, 2023 WL 2885660 (M.D. Fla. Mar. 8, 2023). The District

Judge may then consider the Report and Recommendation and enter a final, appealable order. *See,*

*e.g., United States v. Dembrowski*, 2011 WL 8335172, at *4 (D. Mass. July 19, 2011); *United*

*States v. Moore, Ingram, Johnson & Steele, LLP,* 2020 WL 7766376 (N.D. Ga. Dec. 7, 2020)

(adopting in part report and recommendation in a summons enforcement proceeding), *aff'd,* 2022

WL 3134374 (11th Cir. Aug. 5, 2022).

Furthermore, the parties agree that these cases should be assigned to a single District

Judge.  Currently, each of these three related cases are assigned to a different District Judge.  If

2

necessary, the parties will file a motion asking the Court to transfer case numbers 25-mc-12 and

25-mc-13 to Aida M. Delgado-Colón, the District Judge assigned to the first-filed case, *United*

*States v. Izquierdo*, case number 25-mc-11. *See* D. Pr. Local Rule 3A(a) & (b); *see also* D. Pr.

Local Rule 42.

      Dated:  July 24, 2025

NEILL SCHWERIN BOXERMAN, P.C.

 *s/ Daniel A. Applegate*                *s/ Michelle Feit Schwerin*
DANIEL A. APPLEGATE              Sanford J. Boxerman #34736MO
PR No. G04310                            Michelle Feit Schwerin #62882MO
U.S. Department of Justice, Tax Division   120 S. Central Avenue, Ste 725
P.O. Box 7238, Ben Franklin Station       St. Louis, MO 63105
Washington, D.C. 20044             Telephone: (314) 949-1864
Telephone: (202) 353-8180          Facsimile: (314 949-1864
Fax: (202) 514-6770                 boxerman@nsbpc.com
daniel.a.applegate@usdoj.gov        schwerin@nsbpc.com

*Attorney for Petitioner*

MBA LAW

 *s/ Mayte Bayolo-Alonso*
Mayte Bayolo-Alonso USDC No. 308109
PO Box 11204
San Juan, PR 00910
Telephone: (787)448-5544
maytebayololaw@gmail.com

*Attorneys for Respondents*